## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **BILLY ISON, et al.,** | : | Case No. 1:19-cv-00155 |
| Plaintiffs, | : | |
| | : | Judge Michael R. Barrett |
| v. | : | |
| | : | |
| **MADISON LOCAL SCHOOL DISTRICT BOARD OF EDUCATION,** | : | **AGREED INJUNCTION AND DISMISSAL ENTRY** |
| | : | |
| Defendant. | : | |

The parties have advised the Court through their counsel that they have agreed to enter into this Stipulated Injunction and Dismissal Entry in order to resolve all of the claims that were or could have been asserted in the Complaint.  By entering into the Stipulated Injunction, the parties hereby waive any claims that may have accrued since the filing of the Complaint.  Having been so advised by the parties:

**IT IS HEREBY ORDERED THAT:**

1. Consistent with the decision of the United States Court of Appeals, Sixth Circuit, in *Ison v. Madison Local School District Board of Education*, 3 F.4th 887, 894-95 (6th Cir. 2021), Defendant Madison Local School District Board of Education is ordered to not enforce the provisions in its Public Participation Policy that restrict "abusive," "personally directed," and "antagonistic" speech.  This Stipulated Injunction will go into effect immediately and will remain in effect until it expires by its terms or is modified by further Order of this Court or by agreement of all parties.

2. This agreed injunction resolves the need for the Court to rule on any pending motions (ECF Nos. 48, 49, and 50).  Plaintiffs therefore withdraw their pending motions.

3. The parties stipulate to this dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

SO STIPULATED:

*/s/ Matthew Miller-Novak (per email authorization)*
Matthew Miller-Novak (0091402)
Barron Peck Bennie & Schlemmer
3074 Madison Road
Cincinnati, OH  45209
Phone: (513) 721-1350
mmn@bpbslaw.com

*/s/ Thomas B. Allen*
Thomas B. Allen (0063956)
  * Lead and Trial Counsel
Charles B. Galvin (0091138)
Jennifer A. Rulon (0093078)
FROST BROWN TODD LLC
9277 Centre Pointe Drive, Suite 300
West Chester, OH  45069
Phone:  (513) 870-8200
Fax:  (513) 870-0999
tallen@fbtlaw.com
cgalvin@fbtlaw.com
jrulon@fbtlaw.com

*Attorneys for Defendant*
*Madison Local School District*
*Board of Education*

*/s/ Jennifer Kinsley (per email authorization)*
Jennifer Kinsley (0071629)
KINSLEY LAW OFFICE
Post Office Box 19478
Cincinnati, OH  45209
Phone: (513) 708-2595
kinsleylawoffice@gmail.com

*/s/ Mark E. Godbey (per email authorization)*
Mark E. Godbey (0041214)
GODBEY LAW LLC
708 Walnut Street, Suite 600
Cincinnati, OH  45202
Phone: (513) 241-6650
Fax: (513) 241-6649
Matt@godbeylaw.com

*Attorneys for Plaintiffs*

IT IS SO ORDERED.


         */s/ Michael R. Barrett*
Judge Michael R. Barrett